Denise M. MERRITT, Plaintiff–Appellant,

v.

NEW YORK CITY TRANSIT AUTHORITY and MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY, Defendants–Appellees.*

No. 08–5349–cv.

United States Court of Appeals, Second Circuit.

Nov. 25, 2009.

---

* Lawrence E. Kahn, Senior Judge of the United States District Court for the Northern District of New York, sitting by designation.

* The Clerk of the Court is respectfully directed to amend the official caption in this action to conform to the caption in this summary order.

Denise M. Merritt, pro se, Rochdale Village, NY, for Appellant.

CAROL R. SHARPE, New York City Transit Authority, New York, NY, for Appellees.

Present: ROBERT D. SACK, B.D. PARKER, and RICHARD C. WESLEY, Circuit Judges.

### SUMMARY ORDER

Plaintiff Denise M. Merritt, *pro se*, brought claims against both defendants under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, alleging wrongful termination, disparate treatment, and retaliation. The United States District Court for the Eastern District of New York (Mauskopf, *J.*) granted summary judgment in favor of defendants. *Merritt v. New York City Transit Auth.*, No. 06 Civ. 5548, 2008 WL 4508258 (E.D.N.Y. Sept. 30, 2008). We presume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

Having conducted a *de novo* review of the record, we find each of plaintiff's arguments to be without merit and affirm for substantially similar reasons as those stated by the district court. Accordingly, the order of the district court is hereby **AFFIRMED.**